McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

*Attorneys for Defendant American Family
Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ED SABOURI, an Individual; KYLEE SABOURI, an Individual, | Case No. 2:25-cv-01165-JAD-EJY |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE DATES** |
| v. | |
| AMERICAN FAMILY INSURANCE COMPANY, a Foreign Corporation, and DOES I-X, unknown persons, | **FIRST REQUEST** |
| Defendants. | |

Defendant AMERICAN FAMILY INSURANCE COMPANY, by and through its attorneys of record of the law firm McCORMICK BARSTOW LLP, and Plaintiffs ED SABOURI AND KYLEE SABOURI, by and through their attorneys of record of JACK BERNSTEIN INJURY LAWYERS, hereby file this Stipulation and Order to Continue Discovery Deadline Dates (First Request), specifically seeking to extend the discovery deadline and dates related thereto by sixty days (60) days.  The parties seek this extension pursuant to LR IA 6-1, 6-2, and LR 26-3.

I.     **DISCOVERY COMPLETED BY THE PARTIES:**

1.     The FRCP 26(f) conference between the parties in this matter was held on September 19, 2025.

2.    Plaintiffs served their FRCP 26(a)(1) initial disclosures on September 22, 2025.

3.    Defendant served its FRCP 26(a)(1) initial disclosures on October 6, 2025.

## II.    DISCOVERY WHICH REMAINS TO BE COMPLETED:

Written Discovery: The parties anticipate propounding and responding to written discovery prior to any depositions.

Pursuant to the terms and conditions of the subject uninsured motorist policy, Defendant anticipates independent medical examinations to take place.

Expert Witnesses: The parties also intend to designate expert witnesses.

Depositions: The parties anticipate deposing the parties, pertinent fact witnesses, and potentially Plaintiff's medical providers.

## III.    REASON WHY DISCOVERY WAS NOT SATISFIED OR COMPLETED WITHIN THE TIME LIMIT SET BY THE DISCOVERY PLAN:

In late November 2025, Plaintiffs retained new counsel in this matter. Defendant did not try to take advantage of the transition, and instead enabled new counsel to get up to speed on the case. Additionally, the parties have focused on discussing settlement in earnest by way of mediation or potentially requesting a settlement conference through the Court.

## IV.    GOOD CAUSE EXISTS TO GRANT THE REQUESTED EXTENSION

These efforts toward obtaining an early resolution have enabled the parties to minimize litigation costs, which benefits all parties, and which comports with FRCP 1 ("[The rules] should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."). A sixty-day extension of the discovery deadlines will enable counsel to continue those settlement discussions and efforts and if successful, to obviate the need for incurring considerable legal fees and costs. Therefore, good cause exists to grant this brief extension of the discovery deadlines.

This Stipulation is entered into in good faith and to allow the parties sufficient time to continue their resolution efforts. This is the parties' first request to extend discovery deadlines and continue trial.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

## V.    THE CURRENT SCHEDULE FOR COMPLETION OF ALL REMAINING DISCOVERY:

The parties request that the pertinent discovery deadlines set forth in the Court's Scheduling Order be continued sixty (60) days, as follows:

A.    ESTIMATE OF TIME REQUIRED FOR DISCOVERY: Pursuant to Local Rule 26-1(b)(1), and with the Court's approval, discovery shall be completed on or before **June 29, 2026**.

B.    EXPERT DISCLOSURES: Unless otherwise stated herein, and the Court so orders, the date for the parties to exchange initial expert witness disclosures shall be sixty (60) days prior to the discovery cut-off date, but not later than **May 1, 2026**, and rebuttal expert disclosures shall be thirty (30) days prior to the discovery cut-off date, but not later than **June 1, 2026**.

C.    DISPOSITIVE MOTIONS: Unless otherwise stated herein, and the Court so orders, the date for filing dispositive motions shall be thirty (30) days after the discovery cut-off date, but not later than **July 28, 2026**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

D.      PRETRIAL ORDER: Unless otherwise stated herein, and the Court so orders, the joint pretrial order shall be filed thirty (30) days after the date set for filing dispositive motions, but not later than **August 28, 2026**. Should any dispositive motions remain pending by August 28, 2026, the joint pretrial order will be due thirty (30) days after the Court issues its orders regarding those motions.

DATED this 9th day of February 2026.

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By       /s/ *Cheryl A. Grames*
       Jonathan W. Carlson
       Nevada Bar No. 10536
       Cheryl A. Grames
       Nevada Bar No. 12752
       Chelsea M. Bravin
       Nevada Bar No. 16503
       8337 West Sunset Road, Suite 350
       Las Vegas, Nevada 89113
       *Attorneys for Defendant, American Family*
       *Insurance Company*

DATED this 9th day of February 2026.

JACK BERNSTEIN INJURY LAWYERS

By       /s/ David M. Moore
       David M. Moore, Esq.
       Nevada Bar No. 8580
       3907 E. Warm Springs Rd., Bldg. 4, Suite 200
       Las Vegas, Nevada 89120
       *Attorneys for Plaintiffs*

**IT IS HEREBY ORDERED.**

DATED this 10th day of February, 2026.

U.S. MAGISTRATE JUDGE