McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Mandy Vogel
Nevada Bar No. 16150
  *mandy.vogel@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
Attorneys for Defendant
American Family Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ED SABOURI, an Individual; KYLEE SABOURI, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN FAMILY INSURANCE COMPANY, a Foreign Corporation, and DOES I-X, unknown persons, <br><br> Defendants. | Case No. 2:25-cv-01165-JAD-EJY <br><br> **STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE** <br><br> ECF No. 23 |

IT IS HEREBY STIPULATED by Plaintiffs ED SABOURI and KYLEE SABOURI, by and through their counsel of record, and Defendant AMERICAN FAMILY INSURANCE COMPANY, by and through its counsel of record that the above-entitled matter be dismissed with prejudice against

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant AMERICAN FAMILY INSURANCE COMPANY, the parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED April 20, 2026.

JACK BERNSTEIN INJURY LAWYERS

/s/
DAVID M. MOORE, ESQ.
Nevada Bar No. 8580
3097 E. Warm Springs Rd., Bldg. 4, Ste. 200
Las Vegas, Nevada 89120
Attorney for Plaintiffs

DATED April 22, 2026.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

/s/Jonathan W. Carlson
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
MANDY VOGEL, ESQ.
Nevada Bar No. 16150
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Attorneys for Defendant AMERICAN FAMILY INSURANCE

## ORDER

Based on the parties' stipulation **[ECF No. 23]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 23, 2026